USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __9/29/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH OKUMA,

Plaintiff,

-against-

MAN INVESTMENTS USA HOLDINGS, INC., MAN GROUP, LTD., ANTOINE FORTERRE, and ROBERTO CANENTI,

Defendants.

No. 26 Civ. 4068 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The parties were directed to file a proposed case management plan and scheduling order by September 24, 2026. *See* ECF No. 11. They have failed to do so.

Accordingly, by **October 6, 2026**, the parties shall file a proposed case management plan and scheduling order.

SO ORDERED.

Dated: September 29, 2026
New York, New York

ANALISA TORRES
United States District Judge